**IT IS ORDERED as set forth below:**



Date: June 10, 2013

_____
Wendy L. Hagenau
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LESLIE KAREN FOOTE | : | CASE NUMBER A10-94822-WLH |
| DEBTOR | : | JUDGE HAGENAU |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE TAX REFUNDS**

On April 30, 2013 at 10:00 a.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtor's failure to remit tax refunds to the Chapter 13 Trustee. It further appears to the Court that the Debtor through counsel, agreed at the call of the Court's calendar to a consent agreement. For cause shown, **IT IS HEREBY**

**ORDERED** that the Debtor shall remit all future Federal Income tax returns to the Trustee by May 15th of each calendar year for the remaining years the case is pending. Additionally, unless further Court Order of the Court allows retention, the Debtor shall pay any tax refund for the remaining years of the Debtor's Plan to the Trustee by May 15th of each

calendar year. If the Debtor fails to provide either the tax refund or tax return to the Trustee by May 15th, then the case shall be dismissed without further notice or hearing. The Trustee shall submit a Status Report to the Court requesting an Order of Dismissal. Prior to recommending dismissal of the case, the Trustee shall contact the Debtor's attorney via email or telephone to alert them of the default with an opportunity to cure the default. Additionally, a letter will be sent to the Debtor at the beginning of each calendar year requesting a copy of the tax return and requesting the refund to be sent to the Chapter 13 Trustee.

The Clerk of the Court is directed to serve notice of this Order to the Debtor, Debtor's attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

____/s/_____         ____/s/_____
Julie M. Anania,                       John Brookhuis
Attorney for Chapter 13 Trustee        Attorney for Debtor
GA Bar No. 477064                      GA Bar No. 940484
303 Peachtree Center Ave., NE          King & King, P.C.
Suite 120                              215 Pryor Street SW
Atlanta, GA  30303                     Atlanta, GA 30303
(678) 992-1201                         *Signed by Julie M. Anania*
                                       *with express permission*

United States Bankruptcy Court
Northern District of Georgia

In re:                                                          Case No. 10-94822-wlh
Leslie Karen Foote                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: dillard            Page 1 of 2            Date Rcvd: Jun 11, 2013
                              Form ID: pdf403          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2013.
db         +Leslie Karen Foote,   934 Pierce Ivy Ct,   Lawrenceville, GA 30043-1316
aty        +Karen King,   King & King Law LLC,   215 Pryor Street,   Atlanta, GA 30303-3748
aty         Marsha D. King,   King & King, P.C.,   215 Pryor Street, SW,   Atlanta, GA 30303-3748
tr         +Nancy J. Whaley,   Nancy J. Whaley, 13 Trustee,   Suite 120,   303 Peachtree Center Avenue,
             Atlanta, GA 30303-1286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Marsha D. King,   King & King, P.C.,   215 Pryor Street, SW,   Atlanta, GA 30303-3748
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2013**                           **Signature:** _Joseph Speetjens_

```
District/off: 113E-9           User: dillard              Page 2 of 2                 Date Rcvd: Jun 11, 2013
                               Form ID: pdf403            Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2013 at the address(es) listed below:
              Delaycee Shannon Rowland    on behalf of Creditor    EverBank, Successor by Merger to EverHome
               Mortgage Company drowland@logs.com
              Delaycee Shannon Rowland    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               drowland@logs.com
              Karen  King    on behalf of Debtor Leslie Karen Foote myecfkingnking@gmail.com
              Marsha D. King    on behalf of Debtor Leslie Karen Foote myecfkingnking@gmail.com
              Nancy J. Whaley    ecf@njwtrustee.com
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Richard B. Maner    on behalf of Creditor    Ocwen Loan Servicing, LLC rmaner@rbmlegal.com
                                                                                             TOTAL: 8